FRIEDA KAPLAN, ET AL., PLAINTIFFS-PETITIONERS, v. COMMON COUNCIL OF THE CITY OF ENGLEWOOD, DEFENDANT-RESPONDENT.

*Messrs. Lucianna, Federico & Sandow* for the petitioners.

*Messrs. Breslin & Monaghan* for the respondent.

April 30, 1968. Denied.

WILLIAM R. BRANCH, ET AL., PLAINTIFFS-RESPONDENTS, v. J. CHESTER WHITE, ET ALS., TRUSTEES OF THE JOINT PENSION FUND LOCAL 164, I. B. O. W., DEFENDANTS-PETITIONERS.

See same case below: 99 *N. J. Super.* 295.

*Messrs. Parsonnet, Parsonnet & Duggan* for the petitioners.

*Messrs. Bracken & Walsh* for the respondents.

April 30, 1968. Denied.

GEORGE B. BREWER, ET AL., PLAINTIFFS-PETITIONERS, v. ALONZO PORCH, DEFENDANT-RESPONDENT.

See same case below: 98 *N. J. Super.* 583.

*Messrs. Schreiber & Lancaster, Mr. David L. Horuvitz* and *Mr. Gerald W. Conway* for the petitioners.

*Mr. Herbert H. Butler* and *Mr. Louis B. Le Duc* for the respondent.

April 30, 1968. Granted.